## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JERRY W. FITZGERALD                                                                          PLAINTIFF

v.                              No. 3:06CV00055 JLH

JO ANNE B. BARNHART,
COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION                                                DEFENDANT

## JUDGMENT

For the reasons stated in the Opinion entered separately today, the decision of the Commissioner of the Social Security Administration denying Jerry Fitzgerald's claim for disability insurance benefits and supplemental security income is hereby AFFIRMED. Judgment is hereby entered in favor of the Commissioner of the Social Security Administration. Jerry W. Fitzgerald's complaint is dismissed with prejudice.

IT IS SO ORDERED this 29th day of January, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE